UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. J. OLIVER,<br><br>                Plaintiff,<br><br>vs.<br><br>KFC CORPORATION d/b/a KFC #Y450025; PURCELL WEBB, TRUSTEE of that certain REVOCABLE TRUST dated NOVEMBER 10, 1982,<br><br>                Defendant. | CASE NO. 06CV2273 JLS (BLM)<br><br>**ORDER (1) GRANTING RULE 56(f) CONTINUANCE OF CROSS-MOTIONS FOR SUMMARY JUDGMENT and (2) DENYING DEFENDANT'S ORIGINAL MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. Nos. 26, 45) |

      Presently before the Court is the declaration of Lynn Hubbard, III, counsel for A. J. Oliver ("plaintiff"). Defendant KFC Corporation previously filed a motion for summary judgment on September 24, 2007. (Doc. No. 26.) Plaintiff filed his cross-motion on October 1, 2007. (Doc. No. 35.) The case was then reassigned from the Hon. John A. Houston to the Hon. Janis L. Sammartino on October 5, 2007, and the hearing date on the motion was subsequently reset. On January 4, 2008, defendant KFC Corporation ("KFC") filed, without warning, a much larger "amended motion" for summary judgment. (Doc. No. 41.) The amended motion includes factual allegations that KFC re-modeled its restaurant and legal arguments that plaintiff's Americans with Disabilities Act claim now fails for mootness. Plaintiff seeks relief under Rule 56(f) to allow additional time for his expert to return to KFC's restaurant to conduct an inspection of the

1 | remodeled restaurant.  KFC and co-defendant Purcell Webb have filed oppositions to the request.
2 | (Doc. Nos. 46-47.)
3 |     Having reviewed the declaration of plaintiff's counsel and defendants' oppositions, the
4 | Court hereby **ORDERS** the following:
5 | —KFC's original motion for summary judgment (Doc. No. 26) **is denied** as moot. KFC's
6 | amended motion is now the operative motion.
7 | —The Court **grants** plaintiff's request and **orders** plaintiff's expert to conduct a site inspection of
8 | KFC's restaurant within four (4) weeks of the date this Order is docketed.
9 | —Plaintiff **shall file** his opposition to KFC's amended motion no later than Friday, March 7, 2008.
10 | —KFC **shall file** its reply in support of its amended motion no later than Friday, March 14, 2008.
11 | —The Court hereby **vacates** the hearing on the cross-motions previously set for Friday, February
12 | 8, 2008.  When the Court has received KFC's reply, the Court **shall set** a new hearing date at that
13 | time.
14 |     IT IS SO ORDERED.
15 |
16 | DATED:  January 25, 2008
17 |                                         Honorable Janis L. Sammartino
18 |                                         United States District Judge